UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                          Judgment Creditor,      97 Cr. 1293 (LGS)

              -against-                      ORDER

    ROBINSON LAZALA,

                          Judgment Debtor.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Government filed a motion for turnover order on June 20, 2023.

Judgment debtor filed a memorandum in opposition on July 26, 2023.  It is hereby

    **ORDERED** that the Government shall file a reply, not to exceed five pages, by **August 4, 2023**.

Dated: July 27, 2023
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE