UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                         Judgment Creditor,      97 Cr. 1293 (LGS)

              -against-      ORDER

ROBINSON LAZALA,

                         Judgment Debtor.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Government filed a motion for turnover order on June 20, 2023. Judgment debtor filed a memorandum in opposition on July 26, 2023. The Government filed a reply on August 2, 2023. Judgment debtor filed a sur-reply on August 22, 2023. It is hereby

**ORDERED** that by **February 27, 2024**, the Government shall file a declaration stating judgment debtor's outstanding restitution balance, including the principal and interest amounts. The declaration shall also state the source of the $11,151.59 in judgment debtor's inmate trust account, including what portion of it is attributable to inmate wages.

Dated: February 20, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE